FILED

DEC 1 5 2010

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. |
| ALLEN DEAN RICHIE, | ) | 4:10CR00648AGF |
| Defendant. | ) | |

### INDICTMENT

### COUNTS ONE THROUGH TWO

The Grand Jury charges that:

On or about the dates listed below, within the Eastern District of Missouri,

**ALLEN DEAN RITCHIE,**

the Defendant herein, being aided, abetted, counseled and induced by persons unknown to the Grand Jury, in a matter affecting interstate commerce, did knowingly possess and use, and attempt to possess and use, without lawful authority, a means of identification of the persons listed below, to wit, the credit account number of the persons listed below with the intent to commit and in connection with the felony offenses of: theft, Missouri Statutes 570.030; and forgery, Missouri Statutes 570.090,

| COUNT | DATE | MERCHANT | ACCOUNT HOLDER | AMOUNT |
|---|---|---|---|---|
| 1 | 5/8/10 | GATEWAY NEWSTANDS | R.W. | $500.00 |
| 2 | 5/12/10 | APARTMENTS AT CLARA | R.W. | $650.00 |

All in violation of Title 18, United States Code, Section 1028(a)(7) and 2.

## COUNTS TWO THROUGH FOUR

The Grand Jury further charges that:

On or about the dates listed below, within the Eastern District of Missouri,

**ALLEN DEAN RITCHIE,**

being aided, abetted, counseled and induced by persons unknown to the Grand Jury, in a matter affecting interstate commerce, did knowingly possess and use, attempt to possess and use, without lawful authority, a means of identification of another person, to wit, the credit account number of the persons listed below, during and in relation to the commission of the felony offense of: bank fraud, Title 18, United States Code, Section 1344; access device fraud, Title 18, United States Code, Section 1029(a)(2); and wire fraud, Title 18, United States Code, Section 1343,

| COUNT | DATE | MERCHANT | ACCOUNT HOLDER | AMOUNT |
|---|---|---|---|---|
| 3 | 5/11/10 | CHARTER COMMUNICATION | R.D.W. | $296.71 |
| 4 | 5/17/10 | CHARTER COMMUNICATION | J.P.W. | $500.00 |

In violation of Title 18, United States Code, Sections 1028A and 2.

2

## COUNT FIVE

The Grand Jury further charges that:

Between on or about May 2, 2008 and continuing to on or about October 14, 2008, within the Eastern District of Missouri,

**ALLEN DEAN RITCHIE,**

in a matter affecting interstate commerce, did, knowingly and with intent to defraud used, and attempted to unauthorized access devices, that is: credit account numbers to acquire cash in an amount exceeding $1,000.00, that being more than $4,200.00.

In violation of Title 18, United States Code, Sections 1029(a)(2), 1029(b)(1), and 2.

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
TRACY LYNN BERRY - #508314
Assistant United States Attorney